JOSEPH N. EARLY et al., Appellants and Respondents, *v.* CARL W. FUNK et al., Respondents and Appellants, Impleaded with Another.

Argued June 3, 1937; decided July 13, 1937.

*Alvin C. Cass* and *Jacques W. Bacal* for plaintiffs, appellants and respondents.

*Warren A. Schenck* for defendants, respondents and appellants.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.